

# Fourth Court of Appeals
## San Antonio, Texas

December 14, 2020

No. 04-20-00499-CV

**WEEKS MARINE COMPANY, LLC,**
Appellant

v.

David **LANDA**,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-20-197
Honorable Jose Luis Garza, Judge Presiding

# O R D E R

On December 11, 2020, appellant filed (1) a Motion Recommending Admission *Pro Hac Vice* and (2) an Unopposed Non-Resident Attorney's Motion for Admission *Pro Hac Vice*, each requesting this court allow Mr. Jefferson R. Tillery to appear *pro hac vice* to serve as appellate co-counsel for appellant. The motions are GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of December, 2020.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court